UNIVERSITY OF BRIDGEPORT *v.* THE DEMATTEO
CONSTRUCTION COMPANY ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

No appearance for the appellee (plaintiff).

*Louis A. Highmark, Jr.,* for the appellant (named defendant).

Argued June 7—decided June 7, 1977

HARRY NUDELL *v.* KRAMER FUR COMPANY

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Court of Common Pleas in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for the appellant (plaintiff).

No appearance for the appellee (defendant).

Decided June 7, 1977